## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY SALTALAMACCHIA,  :
     Plaintiff            :
                       :    CIVIL NO. 3:14-CV-0868
v.                      :
                       :    (JUDGE NEALON)
JOHN WENTZEL, ET AL.,     :    (M.J. MEHALCHICK)
     Defendants        :

FILED
SCRANTON

DEC - 8 2014

PER _____
DEPUTY CLERK

### ORDER

NOW, THIS 8th DAY OF DECEMBER, 2014, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    Plaintiff's motion to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

2.    The Report and Recommendation, (Doc. 7), is **ADOPTED IN PART** and **DENIED IN PART**;

3.    Plaintiff's objections regarding his official capacity claims, his verbal harassment claims, and his equal protection claims, (Doc. 9), are **OVERRULED**;

4.    Plaintiff's objection regarding his supervisory liability claims, (Doc. 9) is **SUSTAINED**;

5.    The Clerk of Court is directed to **TERMINATE** Defendants Pennsylvania Department of Corrections, the Office of Special Intelligence and Investigation, the State Correctional Institution at Rockview, Williams, Kertis, Taylor, and CO B;

6.    Plaintiff is **DIRECTED** to file an amended complaint within thirty (30) days of the date of this Order in accordance with the Memorandum; and

7.    The case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings.

_____
United States District Judge