# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY SALTALAMACCHIA, : :
           Plaintiff :    Civil No. 3:14-CV-0868
                   :
    v. :    (Judge Nealon)
                   :    (Magistrate Judge Mehachick)
JOHN WETZEL, et al., : 
           Defendants :

## ORDER

**AND NOW, THIS 30ᵀᴴ DAY OF JUNE, 2017**, in consideration of the

Report and Recommendation prepared by Magistrate Judge Mehalchick, and in the

absence of objections,[1] **IT IS HEREBY ORDERED THAT**:

1.    The Report and Recommendation, (Doc. 71), is **ADOPTED;**

2.    Defendants' motion to dismiss, (Doc. 66), is **GRANTED**;

3.    Plaintiff's second amended complaint, (Doc. 65), is **DISMISSED WITHOUT PREJUDICE**, with Plaintiff having the availability of being able to file separate complaints addressing unrelated alleged violations of his rights;

4.    The Clerk of Court is directed to **CLOSE** this matter.


                                      **/s/ William J. Nealon**
                                      **United States District Judge**

---

[1]When neither party objects to a magistrate judge's report and recommendation, the district court is not statutorily required to review the report, under de novo or any other standard. Thomas v. Arn, 474 U.S. 140, 152 (1985); 28 U.S.C. § 636(b)(1)(C).